IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:16CR248 |
| vs. | ORDER |
| ALVARO DOMINGUEZ, | |
| Defendant. | |

This matter is before the court on Defendant's MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS [253]. The Court notes that Defendant's previous Motion for Extension of Time (Filing No. 224) did not conform with NECrimR 12.3(a), and no speedy trial affidavit was filed in accordance with the Court's order granting the motion (Filing No. 225). Therefore, the Court finds that the pending motion should be denied. Accordingly,

**IT IS ORDERED:**

1. Defendant's MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS [253] is denied without prejudice to re-filing accompanied by a speedy trial affidavit in conformity with NECrimR 12.3(a).

Dated this 3rd day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge