IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:16CR248 |
| vs. | ORDER |
| ALVARO DOMINGUEZ, | |
| Defendant. | |

This matter is before the court on Defendant's MOTION FOR ENLARGEMENT OF TIME TO FILE SPEEDY TRIAL WAIVER [256]. The Court notes that Defendant's previous Motion for Extension of Time (Filing No. 253) did not conform with NECrimR 12.3(a), and was therefore denied (Filing No. 254). The motion currently before the Court does not seek additional time to file pretrial motions and will therefore be denied. Accordingly,

**IT IS ORDERED:**

1. Defendant's MOTION FOR ENLARGEMENT OF TIME TO FILE SPEEDY TRIAL WAIVER [256] is denied, without prejudice.

2. Defendant may file a motion requesting an extension of the deadline for the filing of pretrial motions, or a motion for leave to file past the deadline, <u>if</u> accompanied by a speedy trial affidavit in conformity with NECrimR 12.3(a), <u>and</u> a statement as to whether or not the government is opposed to the motion.

Dated this 10th day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge