IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JUAN CARLOS RUIZ-GARCIA, JORGE ALBERTO SAINZ NAVARRETE, JAVIER R. LOZOYA MENCHACA and ALVARO DOMINGUEZ<br><br>　　　　　　　Defendant. | **8:16CR248**<br><br>**ORDER** |

　　　　This matter is before the court on Defendant Sainz Navarrete's [303] Motion to Continue. Defendant's counsel is scheduled to be in Lancaster County for trial on February 28, 2018. For good cause shown,

　　　　**IT IS ORDERED** that Defendant Sainz Navarrete's Motion to Continue Trial [303] is granted as follows:

　　　　1. The jury trial, **as to all defendants**, now set for February 27, 2018, is continued to **June 5, 2018**.

　　　　2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 5, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

　　　　Dated this 21st day of February, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge